UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

LOUIS J. PEARLMAN, et al.,                    Case No. 6:07-bk-00761-ABB
                                              Chapter 11
    Debtor.                                   Jointly Administered
_____/

SONEET R. KAPILA, as CHAPTER 11
TRUSTEE for TRANS CONTINENTAL
AIRLINES, INC.,

    Plaintiff,

vs.                                           Adv. Pro. No. 6:09-ap-00299-ABB

JULIA VAZQUEZ,

    Defendant.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Julia Vazquez, responds to the complaint as follows:

1.    Denied.

2.    Without knowledge.

3.    Without knowledge.

4.    Without knowledge.

5.    Without knowledge.

6.    Admitted.

7. Without knowledge.

8. Without knowledge.

9. Without knowledge.

10. Without knowledge.

11. Without knowledge.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Without knowledge.

19. Without knowledge.

20. Without knowledge.

21. Without knowledge.

22. Without knowledge.

23. Without knowledge.

24. Without knowledge.

25. Without knowledge.

26. Without knowledge.

27. Without knowledge.

28. Without knowledge.

29. Without knowledge.

30. Without knowledge.

31. Without knowledge.

32. Without knowledge.

33. Without knowledge.

34. Without knowledge.

35. Without knowledge.

36. Without knowledge.

37. Without knowledge.

38. Without knowledge.

39. Without knowledge.

40. Without knowledge.

41. Without knowledge.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Defendant restates all prior responses.

50. Without knowledge.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Defendant restates all prior responses.

56. Without knowledge.

57. Denied.

58. Denied.

59. Denied.

60. Without knowledge.

61. Denied.

62. Denied.

63. Denied.

64. Defendant restates all prior responses.

65. Without knowledge.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Defendant restates all prior responses.

74. Without knowledge.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Without knowledge.

81. Denied.

82. Denied.

83. Denied.

84. Defendant restates all prior responses.

85. Without knowledge.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

90. Denied.

**AFFIRMATIVE DEFENSES**

1. To the extent that Defendant received any payment, Defendant took for value, in good faith, and without knowledge of the voidability of the transfer.

2. Claims are barred by the doctrine of in pari delicto.

**CERTIFICATE OF SERVICE**

I CERTIFY that a copy of the foregoing has been sent on April 17, 2009 by U.S. Mail first class and/or electronic notice to Denise D. Dell-Powell, Esq. and Samual A. Miller, Esq., Akerman Senterfitt, 420 S. Orange Ave., Suite 1200, PO Box 231, Orlando, FL 32802; and to Michael I. Goldberg, Esq., Akerman Senterfitt, Las Olas Centre II, Suite 1600, 350 East Las Olas Blvd., Ft. Lauderdale, FL 33301-2229.

/s/ David R. McFarlin
David R. McFarlin
Florida Bar No. 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
dmcfarlin@whmh.com

Attorneys for Defendant