**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

LOUIS J. PEARLMAN, *et al.,*                    Case No. 6:07-bk-00761-KSJ
                                                                Chapter 11
                              Debtor.              Jointly Administered
_____/

SONEET R. KAPILA, as CHAPTER 11
TRUSTEE for TRANS CONTINENTAL
AIRLINES, INC.,

         Plaintiff,

v.                                                              Adv. P. No. 6:09-ap-00299-KSJ

JULIA VAZQUEZ,

         Defendant.
_____/

<u>**FIRST AMENDED COMPLAINT**</u>

         Plaintiff, Soneet R. Kapila, as the duly appointed Chapter 11 Trustee ("<u>Trustee</u>") for the

bankruptcy estate of Trans Continental Airlines, Inc. ("<u>TCA</u>" or "<u>Debtor</u>") in Case No. 6:07-bk-

00761-KSJ, by and through undersigned counsel, files this First Amended Complaint against

Julia Vazquez ("<u>Defendant</u>").

**NATURE OF ACTION**

         1.      This is an adversary proceeding seeking to avoid and recover "actual" and

constructively fraudulent transfers made to Defendant pursuant to Sections 544, 548, and 550 of

Title 11, United States Code <u>et seq.</u> (the "<u>Bankruptcy</u> <u>Code</u>"), and Chapter 726, Florida Statutes.

**JURISDICTION AND VENUE**

         2.      Pursuant to 28 U.S.C. §§ 1334 and 157, this Court has jurisdiction over the

subject matter of this Complaint.

{O1627047;1}

3.      Venue is proper in this district under 28 U.S.C. § 1409.

4.      Pursuant to 28 U.S.C. § 157(b)(2)(H), this adversary proceeding is a core proceeding.

## FACTUAL BACKGROUND

### The TCTS Stock Program

5.      Transcontinental Airlines Travel Services, Inc. ("TCTS") was incorporated in Delaware in 1981.

6.      Pearlman and others executed a scheme (the "TCTS Stock Program") to defraud investors of money and property by means of offering "investments" in TCTS .

7.      The TCTS Stock Program was a Ponzi scheme.

8.      The TCTS Stock Program operated as alleged in paragraphs 9 through 15 below.

9.      In the 1980's, Pearlman and others began to sell TCTS stock to persons seeking to invest in TCTS (the "investors").

10.     TCTS shares were sold for $10 each with the representation that interest or dividends would be paid out at ten percent per year based on the amount of the investment.

11.     Sales of the TCTS stock continued into the 2000's.

12.     The money from the sale of such stock was deposited into a TCA account and, thus, became property of TCA.

13.     Funds paid by newer investors as part of the TCTS Stock Program were used to repay prior investors and/or pay "interest" or "dividends" to prior investors in the TCTS Stock Program.

14.     The "interest" or "dividends" payments were paid as purported profits -- i.e., amounts in excess of the principal amount invested by the investors.

15.     The source of these "interest" or "dividend" payments was not from bona fide returns on investments or the operations of TCTS, but rather from funds received from other investors seeking to invest in the stock program.

16.     On March 4, 2008, in the case captioned <u>United States of America v. Louis J. Pearlman</u>, Case No. 6:07-CR-97-ORL-18DAB, United States District Court, Middle District of Florida, the United States Attorney filed the Plea Agreement signed by Louis J. Pearlman (Dkt. No. 39).

17.     In the Plea Agreement, Mr. Pearlman admitted, among other things, that the TCTS Stock Program was a Ponzi scheme.

**<u>Transfers to Defendant</u>**

18.     Within four years preceding March 1, 2007 (the "<u>Petition Date</u>"), TCA transferred money (the "<u>Four Year Profit Payments</u>") to, or for the benefit of, Defendant through the TCTS Stock Program, as reflected in **Exhibit A,** which is attached and incorporated herein.

19.     Within two years preceding the Petition Date, TCA transferred money (the "<u>Two Year Profit Payments</u>") to, or for the benefit of, Defendant through the TCTS Stock Program as also reflected in **Exhibit A,** which is attached and incorporated herein.

**<u>Count I</u>**
**<u>Actual Fraud</u>**
**<u>Sections 548(a)(1)(A) and 550</u>**
**<u>of the Bankruptcy Code</u>**

20.     Paragraphs 1 through 19 inclusive are realleged and incorporated herein by reference.

21.     Within two years prior to the Petition Date, through the TCTS Stock Program, TCA transferred the Two Year Profit Payments to, or for the benefit of, Defendant.

22.     The Two Year Profit Payments were transferred with the actual intent to hinder, delay, or defraud present and future TCA creditors.

23.     Pursuant to Section 548(a)(1)(A) of the Bankruptcy Code, the Two Year Profit Payments are avoidable, and should be avoided.

24.     Pursuant to Section 550(a) of the Bankruptcy Code, the recovery of property for the benefit of TCA's estate is authorized to the extent that the Two Year Profit Payments are avoided under Section 548(a)(1)(A) of the Bankruptcy Code.

**WHEREFORE,** Trustee demands judgment against Defendant as follows: (i)  avoiding the Two Year Profit Payments; (ii) entering judgment in favor of Trustee against Defendant for the amount of the Two Year Profit Payments plus pre-judgment interest, post-judgment interest, and costs of suit; (iii) disallowing any claim that Defendant may have against TCA, or any debtor jointly administered with TCA; and (iv) for such other and further relief as the Court deems just and proper.

### Count II
### Actual Fraud
### Sections 544(b)(1) and 550 of the Bankruptcy Code
### and Sections 726.105(1)(a) and 726.108, Florida Statutes

25.     Paragraphs 1 through 19 inclusive are realleged and incorporated herein by reference.

26.     Within four years prior to the Petition Date, through the TCTS Stock Program, TCA transferred the Four Year Profit Payments to, or for the benefit of, Defendant.

27.     Pursuant to Section 544(b) of the Bankruptcy Code, Trustee may avoid any transfer of an interest of TCA in property transferred to Defendant that is avoidable under applicable law (in this case under Sections 726.105(1)(a) and 726.108, Florida Statutes) by a creditor holding an allowed unsecured claim.

28.     There is at least one actual holder of an allowed unsecured claim.

29.     The Four Year Profit Payments were made by TCA with the actual intent to hinder, delay, or defraud present and future TCA creditors.

30.     The Four Year Profit Payments are avoidable, and should be avoided, pursuant to and under Sections 726.105(1)(a) and 726.108, Florida Statutes, and Section § 544(b)(1) of the Bankruptcy Code.

31.     Pursuant to Section 550(a) of the Bankruptcy Code, the recovery of property for the benefit of TCA's estate is authorized to the extent that the Four Year Profit Payments are avoided under Section 544(b)(1) and Sections 726.105(1)(a) and 726.108, Florida Statutes.

**WHEREFORE,** Trustee demands judgment against Defendant as follows: (i)  avoiding the Four Year Profit Payments; (ii) entering judgment in favor of Trustee against Defendant for the value of the Four Year Profit Payments plus pre-judgment interest, post-judgment interest, and costs of suit; (iii) disallowing any claim that Defendant may have against TCA, or any debtor jointly administered with TCA; and (iv) for such other and further relief as the Court deems just and proper.

### Count III
### Constructive Fraud
### Sections 548(a)(1)(B) and 550
### of the Bankruptcy Code

32.     Paragraphs 1 through 19 inclusive are realleged and incorporated herein by reference.

33.     Within two years prior to the Petition Date, TCA transferred the Two Year Profit Payments to, or for the benefit of, Defendant.

34.     TCA received less than reasonably equivalent value in exchange for the Two Year Profit Payments transferred to, or for the benefit of, Defendant.

35.     At the time each of the Two Year Profit Payments were transferred to Defendant, TCA was insolvent or became insolvent as a result of such transfer.

36.     At the time each of the Two Year Profit Payments were transferred to Defendant, TCA was engaged or about to engage in business or a transaction for which the remaining property of TCA constituted an unreasonably small amount of capital.

37.     At the time each of the Two Year Profit Payments were transferred to Defendant, TCA intended to incur, or believed or reasonably should have believed that it would incur, debts that would be beyond its ability to pay as they matured.

38.     Pursuant to Section 548(a)(1)(B) of the Bankruptcy Code, the Two Year Profit Payments are avoidable, and should be avoided.

39.     Pursuant to Section 550(a) of the Bankruptcy Code, the recovery of property for the benefit of the estates of TCA is authorized to the extent the Two Year Profit Payments are avoided under Section 548(a)(1)(B) of the Bankruptcy Code.

**WHEREFORE,** Trustee demands judgment against Defendant as follows: (i)  avoiding the Two Year Profit Payments; (ii) entering judgment in favor of Trustee against Defendant for the amount of the Two Year Profit Payments plus pre-judgment interest, post-judgment interest, and costs of suit; (iii) disallowing any claim that Defendant may have against TCA, or any debtor jointly administered with TCA; and (iv) for such other and further relief as the Court deems just and proper.

### Count IV
### Constructive Fraud
### Sections 544(b)(1) and 550 of the Bankruptcy Code
### and Section 726.105(1)(b), 726.106(1), and 726.108, Florida Statutes

40.     Paragraphs 1 through 19, and 27 and 28  inclusive are realleged and incorporated herein by reference.

41.     Within four years prior to the Petition Date, TCA transferred the Four Year Profit Payments to, or for the benefit of, Defendant.

42.     TCA did not received reasonably equivalent value in exchange for any of the Four Year Profit Payments transferred to, or for the benefit of, Defendant.

43.     At the time of the transfer of each of the Four Year Profit Payments, TCA was insolvent or became insolvent as a result of such transfer.

44.     At the time of the transfer of each of the Four Year Profit Payments, TCA was engaged in a business or transaction for which its remaining property constituted an unreasonably small amount of capital in relation to its business or the transaction.

45.     At the time of the transfer of each of the Four Year Profit Payments, TCA intended to incur, believed or reasonably should have believed that it would incur, debts that would be beyond its ability to pay as they became due.

46.     Pursuant to Sections 726.105(1)(b), 726.106(1), and 726.108(1)(a), Florida Statutes, and Section 544(b)(1) of the Bankruptcy Code, the Four Year Profit Payments are avoidable, and should be avoided.

47.     Pursuant to Section 550(a) of the Bankruptcy Code, the recovery of property for the benefit of TCA's estate is authorized to the extent the Four Year Profit Payments are avoided under Section 544(b)(1) and Sections 726.105(1)(b), 726.106(1), and 726.108(1)(a), Florida Statutes.

**WHEREFORE,** Trustee demands judgment against Defendant as follows: (i) avoiding the Four Year Profit Payments; (ii) entering judgment in favor of Trustee against Defendant for the value of the Four Year Profit Payments plus pre-judgment interest, post-judgment interest, and costs of suit; (iii) disallowing any claim that Defendant may have against TCA, or any

Debtor jointly administered with TCA; and (iv) for such other and further relief as the Court deems just and proper.

## Count V
## Unjust Enrichment

48.     Paragraphs 1 through 19 inclusive are realleged and incorporated herein by reference.

49.     TCA conferred a benefit on Defendant by making the Four Year Profit Payments.

50.     Defendant knowingly and voluntarily accepted and retained the benefit conferred by TCA.

51.     It would be inequitable and unjust for Defendant to retain the benefit conferred by TCA without paying Trustee the value thereof.

52.     Defendant has been unjustly enriched at the expense of the Debtor's estate.

53.     Trustee is entitled to the return of those amounts in which Defendant was unjustly enriched through disgorgement or any other appropriate remedy.

**WHEREFORE,** Trustee demands judgment in his favor and against Defendant in the amount of the Four Year Profit Payments, together with interest and costs, and for such further relief as the Court may deem just and proper.


[remainder of page intentionally left blank, signatures appear on the following page]

## RESERVATION OF RIGHTS

Trustee reserves the right to amend this Complaint to add additional claims that Trustee

may discover.


Dated:  February 17, 2011          /s/  *James E. Foster*
                                   James E. Foster, Esq.
                                   Florida Bar No. 0142015
                                   Samual A. Miller, Esq.
                                   Florida Bar No. 0034991
                                   **AKERMAN SENTERFITT**
                                   420 South Orange Avenue, Suite 1200
                                   Orlando, Florida 32801-4904
                                   Phone: (407) 423-4000
                                   Fax: (407) 843-6610

                                   and

                                   Michael I. Goldberg, Esq.
                                   Florida Bar No.: 886602
                                   Las Olas Centre II, Suite 1600
                                   350 East Las Olas Blvd.
                                   Ft. Lauderdale, FL 33301-2229
                                   Phone:  (954) 463-2700
                                   Fax: (954) 463-2224
                                   E-mail:  Michael.Goldberg@akerman.com

                                   **COUNSEL FOR SONEET R. KAPILA,
                                   CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on February 17, 2011, a true and correct copy of the

foregoing has been sent by **First Class Mail** to Julia Vazquez, c/o David R McFarlin, Esq.,

Wolff, Hill, McFarlin & Herron, P.A., 1851 W Colonial Dr, Orlando, FL 32804.


                                   /s/  *James E. Foster*

### Louis J. Pearlman

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 01/01/83 | Purchase - Cert #213 | | | 15,000.00 | - | 15,000.00 |
| 06/01/83 | Purchase - Cert #98 | | | 10,000.00 | - | 25,000.00 |
| 01/01/84 | Purchase - Cert #131 | | | 5,000.00 | - | 30,000.00 |
| 01/01/84 | Purchase - Cert #131 | | | 5,000.00 | - | 35,000.00 |
| 01/01/84 | Sale - Cert #131 | | | - | (5,000.00) | 30,000.00 |
| 05/01/85 | Purchase - Cert #217 | | | 5,000.00 | - | 35,000.00 |
| 05/01/85 | Purchase - Cert #217 | | | 5,000.00 | - | 40,000.00 |
| 05/01/85 | Sale - Cert #217 | | | - | (5,000.00) | 35,000.00 |
| 01/01/86 | Purchase - Cert #252 | | | 5,000.00 | - | 40,000.00 |
| 01/01/86 | Purchase - Cert #252 | | | 5,000.00 | - | 45,000.00 |
| 01/01/86 | Sale - Cert #252 | | | - | (5,000.00) | 40,000.00 |
| 01/01/87 | Purchase - Cert #335 | | | 94,590.00 | - | 134,590.00 |
| 01/01/87 | Purchase - Cert #335 | | | 94,590.00 | - | 229,180.00 |
| 01/01/87 | Sale - Cert #335 | | | - | (94,590.00) | 134,590.00 |
| 02/01/87 | Withdrawal | | | - | (1,238.00) | 133,352.00 |
| 03/01/87 | Withdrawal | | | - | (1,238.00) | 132,114.00 |
| 04/01/87 | Purchase - Cert #351 | | | 14,000.00 | - | 146,114.00 |
| 04/01/87 | Purchase - Cert #351 | | | 14,000.00 | - | 160,114.00 |
| 04/01/87 | Sale - Cert #351 | | | - | (14,000.00) | 146,114.00 |
| 04/01/87 | Withdrawal | | | - | (1,238.00) | 144,876.00 |
| 05/01/87 | Withdrawal | | | - | (1,238.00) | 143,638.00 |
| 06/01/87 | Withdrawal | | | - | (1,238.00) | 142,400.00 |
| 07/01/87 | Withdrawal | | | - | (1,238.00) | 141,162.00 |
| 08/01/87 | Withdrawal | | | - | (1,238.00) | 139,924.00 |
| 09/01/87 | Withdrawal | | | - | (1,238.00) | 138,686.00 |
| 10/01/87 | Withdrawal | | | - | (1,238.00) | 137,448.00 |
| 11/01/87 | Withdrawal | | | - | (1,238.00) | 136,210.00 |
| 12/01/87 | Withdrawal | | | - | (1,238.00) | 134,972.00 |
| 01/01/88 | Withdrawal | | | - | (1,247.00) | 133,725.00 |

## Louis J. Pearlman

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 02/01/88 | Withdrawal | | | - | (1,247.00) | 132,478.00 |
| 03/01/88 | Withdrawal | | | - | (1,247.00) | 131,231.00 |
| 04/01/88 | Withdrawal | | | - | (1,247.00) | 129,984.00 |
| 05/01/88 | Withdrawal | | | - | (1,247.00) | 128,737.00 |
| 06/01/88 | Withdrawal | | | - | (1,247.00) | 127,490.00 |
| 07/01/88 | Withdrawal | | | - | (1,247.00) | 126,243.00 |
| 08/01/88 | Withdrawal | | | - | (1,247.00) | 124,996.00 |
| 09/01/88 | Purchase - Cert #428 | | | 6,000.00 | - | 130,996.00 |
| 09/01/88 | Purchase - Cert #428 | | | 6,000.00 | - | 136,996.00 |
| 09/01/88 | Sale - Cert #428 | | | - | (6,000.00) | 130,996.00 |
| 09/01/88 | Withdrawal | | | - | (1,247.00) | 129,749.00 |
| 10/01/88 | Withdrawal | | | - | (1,247.00) | 128,502.00 |
| 11/01/88 | Withdrawal | | | - | (1,247.00) | 127,255.00 |
| 12/01/88 | Withdrawal | | | - | (1,247.00) | 126,008.00 |
| 01/01/89 | Withdrawal | | | - | (1,247.00) | 124,761.00 |
| 02/01/89 | Withdrawal | | | - | (1,247.00) | 123,514.00 |
| 03/01/89 | Withdrawal | | | - | (1,247.00) | 122,267.00 |
| 04/01/89 | Withdrawal | | | - | (1,247.00) | 121,020.00 |
| 05/01/89 | Withdrawal | | | - | (1,247.00) | 119,773.00 |
| 06/01/89 | Withdrawal | | | - | (1,247.00) | 118,526.00 |
| 07/01/89 | Withdrawal | | | - | (1,247.00) | 117,279.00 |
| 07/18/89 | Withdrawal | | | - | (2,881.77) | 114,397.23 |
| 08/01/89 | Withdrawal | | | - | (1,247.00) | 113,150.23 |
| 09/06/89 | Withdrawal | | | - | (1,438.19) | 111,712.04 |
| 10/06/89 | Withdrawal | | | - | (1,438.19) | 110,273.85 |
| 11/06/89 | Withdrawal | | | - | (1,438.19) | 108,835.66 |
| 12/06/89 | Withdrawal | | | - | (1,438.19) | 107,397.47 |
| 01/01/90 | Withdrawal | | | - | (1,452.19) | 105,945.28 |
| 02/01/90 | Withdrawal | | | - | (1,452.19) | 104,493.09 |

**Louis J. Pearlman**

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

**Stock Investor - Julia Vazquez**

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 03/01/90 | Withdrawal | | | - | (1,452.19) | 103,040.90 |
| 04/01/90 | Withdrawal | | | - | (1,452.19) | 101,588.71 |
| 05/01/90 | Withdrawal | | | - | (1,452.19) | 100,136.52 |
| 06/01/90 | Withdrawal | | | - | (1,452.19) | 98,684.33 |
| 07/01/90 | Withdrawal | | | - | (1,438.19) | 97,246.14 |
| 08/01/90 | Withdrawal | | | - | (1,452.19) | 95,793.95 |
| 08/15/90 | Withdrawal | | | - | (3,000.00) | 92,793.95 |
| 08/28/90 | Withdrawal | | | - | (5,700.00) | 87,093.95 |
| 09/01/90 | Withdrawal | | | - | (1,477.41) | 85,616.54 |
| 10/01/90 | Withdrawal | | | - | (1,477.41) | 84,139.13 |
| 11/01/90 | Withdrawal | | | - | (1,477.41) | 82,661.72 |
| 12/01/90 | Withdrawal | | | - | (1,477.41) | 81,184.31 |
| 01/01/91 | Withdrawal | | | - | (1,477.41) | 79,706.90 |
| 01/15/91 | Withdrawal | | | - | (60,000.00) | 19,706.90 |
| 02/01/91 | Withdrawal | | | - | (1,477.41) | 18,229.49 |
| 03/01/91 | Withdrawal | | | - | (1,477.41) | 16,752.08 |
| 04/01/91 | Withdrawal | | | - | (1,477.41) | 15,274.67 |
| 05/01/91 | Withdrawal | | | - | (1,477.41) | 13,797.26 |
| 05/20/91 | Withdrawal | | | - | (12,750.00) | 1,047.26 |
| 06/01/91 | Withdrawal | | | - | (1,477.41) | (430.15) |
| 07/01/91 | Withdrawal | | | - | (1,477.41) | (1,907.56) |
| 08/01/91 | Withdrawal | | | - | (1,477.41) | (3,384.97) |
| 09/01/91 | Withdrawal | | | - | (1,477.41) | (4,862.38) |
| 10/01/91 | Withdrawal | | | - | (1,477.41) | (6,339.79) |
| 11/01/91 | Withdrawal | | | - | (1,477.41) | (7,817.20) |
| 12/01/91 | Withdrawal | | | - | (1,477.41) | (9,294.61) |
| 12/31/91 | Withdrawal | | | - | (10,000.00) | (19,294.61) |
| 01/01/92 | Withdrawal | | | - | (1,477.41) | (20,772.02) |
| 01/01/92 | Withdrawal | | | - | (8,864.46) | (29,636.48) |

## Louis J. Pearlman

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 02/01/92 | Withdrawal | | | - | (1,477.41) | (31,113.89) |
| 02/26/92 | Withdrawal | | | - | (10,000.00) | (41,113.89) |
| 03/31/92 | Withdrawal | | | - | (1,477.41) | (42,591.30) |
| 04/01/92 | Withdrawal | | | - | (30,000.00) | (72,591.30) |
| 04/01/92 | Withdrawal | | | - | (1,477.41) | (74,068.71) |
| 05/31/92 | Withdrawal | | | - | (1,482.50) | (75,551.21) |
| 06/30/92 | Withdrawal | | | - | (1,482.50) | (77,033.71) |
| 07/31/92 | Withdrawal | | | - | (1,482.50) | (78,516.21) |
| 08/31/92 | Withdrawal | | | - | (1,482.50) | (79,998.71) |
| 09/30/92 | Withdrawal | | | - | (1,482.50) | (81,481.21) |
| 10/31/92 | Withdrawal | | | - | (1,482.50) | (82,963.71) |
| 11/30/92 | Withdrawal | | | - | (1,482.50) | (84,446.21) |
| 12/31/92 | Withdrawal | | | - | (1,482.50) | (85,928.71) |
| 01/31/93 | Withdrawal | | | - | (1,482.50) | (87,411.21) |
| 03/01/93 | Withdrawal | | | - | (1,482.50) | (88,893.71) |
| 04/01/93 | Withdrawal | | | - | (1,482.50) | (90,376.21) |
| 05/01/93 | Withdrawal | | | - | (1,498.18) | (91,874.39) |
| 06/01/93 | Withdrawal | | | - | (1,498.18) | (93,372.57) |
| 07/01/93 | Withdrawal | | | - | (1,498.18) | (94,870.75) |
| 08/01/93 | Withdrawal | | | - | (1,498.18) | (96,368.93) |
| 09/01/93 | Withdrawal | | | - | (1,498.18) | (97,867.11) |
| 10/01/93 | Withdrawal | | | - | (1,498.18) | (99,365.29) |
| 11/01/93 | Withdrawal | | | - | (228.50) | (99,593.79) |
| 12/01/93 | Withdrawal | | | - | (228.50) | (99,822.29) |
| 01/01/94 | Withdrawal | | | - | (980.43) | (100,802.72) |
| 02/01/94 | Withdrawal | | | - | (1,378.50) | (102,181.22) |
| 03/01/94 | Withdrawal | | | - | (1,378.50) | (103,559.72) |
| 04/01/94 | Withdrawal | | | - | (1,378.50) | (104,938.22) |
| 05/01/94 | Withdrawal | | | - | (1,378.50) | (106,316.72) |

## Louis J. Pearlman

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 06/01/94 | Withdrawal | | | - | (7,228.50) | (113,545.22) |
| 07/01/94 | Withdrawal | | | - | (1,378.50) | (114,923.72) |
| 08/01/94 | Withdrawal | | | - | (1,378.50) | (116,302.22) |
| 08/10/94 | Withdrawal | | | - | (9,300.00) | (125,602.22) |
| 08/30/94 | Withdrawal | | | - | (9,300.00) | (134,902.22) |
| 09/01/94 | Withdrawal | | | - | (1,378.50) | (136,280.72) |
| 09/13/94 | Withdrawal | | | - | (8,700.00) | (144,980.72) |
| 10/01/94 | Withdrawal | | | - | (1,378.50) | (146,359.22) |
| 10/07/94 | Withdrawal | | | - | (8,700.00) | (155,059.22) |
| 11/01/94 | Withdrawal | | | - | (1,378.50) | (156,437.72) |
| 12/01/94 | Withdrawal | | | - | (1,378.50) | (157,816.22) |
| 01/01/95 | Withdrawal | | | - | (1,378.50) | (159,194.72) |
| 02/01/95 | Withdrawal | | | - | (1,378.50) | (160,573.22) |
| 03/01/95 | Withdrawal | | | - | (1,378.50) | (161,951.72) |
| 04/01/95 | Withdrawal | | | - | (1,378.50) | (163,330.22) |
| 04/26/95 | Withdrawal | | | - | (6,500.00) | (169,830.22) |
| 05/01/95 | Withdrawal | | | - | (1,378.50) | (171,208.72) |
| 05/09/95 | Withdrawal | | | - | (5,000.00) | (176,208.72) |
| 06/01/95 | Withdrawal | | | - | (1,378.50) | (177,587.22) |
| 07/01/95 | Withdrawal | | | - | (1,378.50) | (178,965.72) |
| 07/07/95 | Withdrawal | | | - | (5,000.00) | (183,965.72) |
| 08/01/95 | Withdrawal | | | - | (1,378.50) | (185,344.22) |
| 09/01/95 | Withdrawal | | | - | (1,150.00) | (186,494.22) |
| 10/01/95 | Withdrawal | | | - | (1,150.00) | (187,644.22) |
| 11/01/95 | Withdrawal | | | - | (1,150.00) | (188,794.22) |
| 12/01/95 | Withdrawal | | | - | (1,150.00) | (189,944.22) |
| 01/01/96 | Withdrawal | | | - | (1,150.00) | (191,094.22) |
| 02/01/96 | Withdrawal | | | - | (1,150.00) | (192,244.22) |
| 03/01/96 | Withdrawal | | | - | (1,150.00) | (193,394.22) |

# Louis J. Pearlman

### Case No. 6:07-bk-00761-ABB
### United States Bankruptcy Court
### Middle District of Florida
### Orlando Division

## Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 04/01/96 | Withdrawal | | | - | (1,150.00) | (194,544.22) |
| 05/01/96 | Withdrawal | | | - | (1,150.00) | (195,694.22) |
| 06/01/96 | Withdrawal | | | - | (1,150.00) | (196,844.22) |
| 07/01/96 | Withdrawal | | | - | (1,150.00) | (197,994.22) |
| 08/01/96 | Withdrawal | | | - | (1,150.00) | (199,144.22) |
| 09/01/96 | Withdrawal | | | - | (1,150.00) | (200,294.22) |
| 09/04/96 | Withdrawal | | | - | (2,500.00) | (202,794.22) |
| 10/01/96 | Withdrawal | | | - | (1,150.00) | (203,944.22) |
| 11/01/96 | Withdrawal | | | - | (1,150.00) | (205,094.22) |
| 11/26/96 | Withdrawal | | | - | (9,500.00) | (214,594.22) |
| 12/01/96 | Withdrawal | | | - | (1,150.00) | (215,744.22) |
| 01/01/97 | Withdrawal | | | - | (1,150.00) | (216,894.22) |
| 02/01/97 | Withdrawal | | | - | (1,150.00) | (218,044.22) |
| 03/01/97 | Withdrawal | | | - | (1,150.00) | (219,194.22) |
| 04/01/97 | Withdrawal | | | - | (1,150.00) | (220,344.22) |
| 05/01/97 | Withdrawal | | | - | (1,150.00) | (221,494.22) |
| 06/01/97 | Withdrawal | | | - | (1,150.00) | (222,644.22) |
| 07/01/97 | Withdrawal | | | - | (1,150.00) | (223,794.22) |
| 08/01/97 | Withdrawal | | | - | (1,150.00) | (224,944.22) |
| 08/14/97 | Withdrawal | | | - | (2,000.00) | (226,944.22) |
| 09/01/97 | Withdrawal | | | - | (1,150.00) | (228,094.22) |
| 10/01/97 | Withdrawal | | | - | (1,150.00) | (229,244.22) |
| 11/01/97 | Withdrawal | | | - | (1,150.00) | (230,394.22) |
| 11/11/97 | Withdrawal | | | - | (20,000.00) | (250,394.22) |
| 12/01/97 | Withdrawal | | | - | (1,150.00) | (251,544.22) |
| 01/01/98 | Withdrawal | | | - | (1,150.00) | (252,694.22) |
| 02/01/98 | Withdrawal | | | - | (1,150.00) | (253,844.22) |
| 03/01/98 | Withdrawal | | | - | (1,150.00) | (254,994.22) |
| 03/13/98 | Withdrawal | | | - | (4,500.00) | (259,494.22) |

**Louis J. Pearlman**

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

**Stock Investor - Julia Vazquez**

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 04/01/98 | Withdrawal | | | - | (1,150.00) | (260,644.22) |
| 05/01/98 | Withdrawal | | | - | (1,150.00) | (261,794.22) |
| 06/01/98 | Withdrawal | | | - | (1,150.00) | (262,944.22) |
| 07/01/98 | Withdrawal | | | - | (1,150.00) | (264,094.22) |
| 08/01/98 | Withdrawal | | | - | (1,150.00) | (265,244.22) |
| 09/01/98 | Withdrawal | | | - | (1,150.00) | (266,394.22) |
| 10/01/98 | Withdrawal | | | - | (1,150.00) | (267,544.22) |
| 11/01/98 | Withdrawal | | | - | (1,150.00) | (268,694.22) |
| 12/01/98 | Withdrawal | | | - | (1,150.00) | (269,844.22) |
| 01/01/99 | Withdrawal | | | - | (1,150.00) | (270,994.22) |
| 02/01/99 | Withdrawal | | | - | (1,150.00) | (272,144.22) |
| 02/16/99 | Withdrawal | | | - | (5,000.00) | (277,144.22) |
| 03/01/99 | Withdrawal | | | - | (1,150.00) | (278,294.22) |
| 03/04/99 | Withdrawal | | | - | (25,000.00) | (303,294.22) |
| 04/01/99 | Withdrawal | | | - | (1,150.00) | (304,444.22) |
| 05/01/99 | Withdrawal | | | - | (1,150.00) | (305,594.22) |
| 05/06/99 | Withdrawal | | | - | (5,246.77) | (310,840.99) |
| 06/01/99 | Withdrawal | | | - | (1,150.00) | (311,990.99) |
| 07/01/99 | Withdrawal | | | - | (1,150.00) | (313,140.99) |
| 08/01/99 | Withdrawal | | | - | (1,150.00) | (314,290.99) |
| 09/01/99 | Withdrawal | | | - | (1,150.00) | (315,440.99) |
| 10/01/99 | Withdrawal | | | - | (1,150.00) | (316,590.99) |
| 11/01/99 | Withdrawal | | | - | (1,150.00) | (317,740.99) |
| 12/01/99 | Withdrawal | | | - | (1,150.00) | (318,890.99) |
| 01/03/00 | Withdrawal | | | - | (1,150.00) | (320,040.99) |
| 02/01/00 | Withdrawal | | | - | (1,150.00) | (321,190.99) |
| 03/01/00 | Withdrawal | | | - | (1,150.00) | (322,340.99) |
| 04/03/00 | Withdrawal | | | - | (1,150.00) | (323,490.99) |
| 05/01/00 | Withdrawal | | | - | (1,150.00) | (324,640.99) |

**Exhibit A**

**Louis J. Pearlman**

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

**Stock Investor - Julia Vazquez**

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 06/01/00 | Withdrawal | | | - | (1,150.00) | (325,790.99) |
| 07/03/00 | Withdrawal | | | - | (1,150.00) | (326,940.99) |
| 08/01/00 | Withdrawal | | | - | (1,150.00) | (328,090.99) |
| 09/01/00 | Withdrawal | | | - | (1,150.00) | (329,240.99) |
| 10/02/00 | Withdrawal | | | - | (1,150.00) | (330,390.99) |
| 11/01/00 | Withdrawal | | | - | (1,150.00) | (331,540.99) |
| 12/01/00 | Withdrawal | | | - | (1,150.00) | (332,690.99) |
| 01/02/01 | Withdrawal | | | - | (1,150.00) | (333,840.99) |
| 02/01/01 | Withdrawal | | | - | (1,150.00) | (334,990.99) |
| 03/01/01 | Withdrawal | | | - | (1,150.00) | (336,140.99) |
| 04/02/01 | Withdrawal | | | - | (1,150.00) | (337,290.99) |
| 05/01/01 | Withdrawal | | | - | (1,150.00) | (338,440.99) |
| 06/01/01 | Withdrawal | | | - | (1,150.00) | (339,590.99) |
| 07/02/01 | Withdrawal | | | - | (1,150.00) | (340,740.99) |
| 08/01/01 | Withdrawal | | | - | (1,150.00) | (341,890.99) |
| 09/03/01 | Withdrawal | | | - | (1,150.00) | (343,040.99) |
| 10/01/01 | Withdrawal | | | - | (1,150.00) | (344,190.99) |
| 11/01/01 | Withdrawal | | | - | (1,150.00) | (345,340.99) |
| 12/03/01 | Withdrawal | | | - | (1,150.00) | (346,490.99) |
| 01/02/02 | Withdrawal | | | - | (1,150.00) | (347,640.99) |
| 02/01/02 | Withdrawal | | | - | (1,150.00) | (348,790.99) |
| 03/01/02 | Withdrawal | | | - | (1,150.00) | (349,940.99) |
| 04/01/02 | Withdrawal | | | - | (1,150.00) | (351,090.99) |
| 05/01/02 | Withdrawal | | | - | (1,150.00) | (352,240.99) |
| 06/03/02 | Withdrawal | | | - | (1,150.00) | (353,390.99) |
| 07/01/02 | Withdrawal | | | - | (1,150.00) | (354,540.99) |
| 08/01/02 | Withdrawal | | | - | (1,150.00) | (355,690.99) |
| 09/03/02 | Withdrawal | | | - | (1,150.00) | (356,840.99) |
| 10/01/02 | Withdrawal | | | - | (1,150.00) | (357,990.99) |

# Louis J. Pearlman

### Case No. 6:07-bk-00761-ABB
### United States Bankruptcy Court
### Middle District of Florida
### Orlando Division

## Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 11/01/02 | Withdrawal | | | - | (1,150.00) | (359,140.99) |
| 12/02/02 | Withdrawal | | | - | (1,150.00) | (360,290.99) |
| 01/02/03 | Withdrawal | | | - | (1,150.00) | (361,440.99) |
| 02/03/03 | Withdrawal | | | - | (1,150.00) | (362,590.99) |
| 03/02/03 | Withdrawal | | | - | (1,150.00) | (363,740.99) |
| 04/02/03 | Withdrawal | 04/04/03 | 12362 | - | (1,150.00) | (364,890.99) |
| 05/01/03 | Withdrawal | 05/05/03 | 12573 | - | (1,150.00) | (366,040.99) |
| 06/02/03 | Withdrawal | 06/06/03 | 12632 | - | (1,150.00) | (367,190.99) |
| 07/01/03 | Withdrawal | 07/08/03 | 12717 | - | (1,150.00) | (368,340.99) |
| 08/01/03 | Withdrawal | 08/05/03 | 12901 | - | (1,150.00) | (369,490.99) |
| 09/03/03 | Withdrawal | 09/09/03 | 13012 | - | (1,150.00) | (370,640.99) |
| 10/01/03 | Withdrawal | 10/10/03 | 13151 | - | (900.00) | (371,540.99) |
| 11/03/03 | Withdrawal | 11/05/03 | 13326 | - | (2,050.00) | (373,590.99) |
| 12/01/03 | Withdrawal | 12/03/03 | 13478 | - | (2,050.00) | (375,640.99) |
| 01/02/04 | Withdrawal | 01/07/04 | 13615 | - | (2,050.00) | (377,690.99) |
| 02/02/04 | Withdrawal | 02/06/04 | 13843 | - | (2,050.00) | (379,740.99) |
| 03/01/04 | Withdrawal | 03/03/04 | 13972 | - | (2,050.00) | (381,790.99) |
| 04/01/04 | Withdrawal | 04/06/04 | 15082 | - | (2,050.00) | (383,840.99) |
| 05/03/04 | Withdrawal | 05/07/04 | 15318 | - | (2,050.00) | (385,890.99) |
| 06/01/04 | Withdrawal | 06/03/04 | 15455 | - | (2,050.00) | (387,940.99) |
| 07/01/04 | Withdrawal | 07/08/04 | 15623 | - | (2,050.00) | (389,990.99) |
| 08/03/04 | Withdrawal | 08/06/04 | 15893 | - | (2,050.00) | (392,040.99) |
| 09/01/04 | Withdrawal | 09/07/04 | 16048 | - | (2,050.00) | (394,090.99) |
| 10/01/04 | Withdrawal | 10/07/04 | 16226 | - | (2,050.00) | (396,140.99) |
| 11/01/04 | Withdrawal | 11/05/04 | 16542 | - | (2,050.00) | (398,190.99) |
| 12/01/04 | Withdrawal | 12/03/04 | 16765 | - | (2,050.00) | (400,240.99) |
| 01/04/05 | Withdrawal | 01/10/05 | 16990 | - | (2,050.00) | (402,290.99) |
| 02/03/05 | Withdrawal | 02/07/05 | 17297 | - | (2,050.00) | (404,340.99) |
| 03/01/05 | Withdrawal | 03/04/05 | 17542 | - | (2,050.00) | (406,390.99) |

## Louis J. Pearlman

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 04/01/05 | Withdrawal | 04/06/05 | 17783 | - | (2,050.00) | (408,440.99) |
| 05/02/05 | Withdrawal | 05/05/05 | 18096 | - | (2,050.00) | (410,490.99) |
| 06/01/05 | Withdrawal | 06/06/05 | 18375 | - | (2,050.00) | (412,540.99) |
| 07/01/05 | Withdrawal | 07/06/05 | 18626 | - | (2,050.00) | (414,590.99) |
| 08/01/05 | Withdrawal | 08/04/05 | 18982 | - | (2,050.00) | (416,640.99) |
| 09/01/05 | Withdrawal | 09/06/05 | 19235 | - | (2,050.00) | (418,690.99) |
| 10/04/05 | Withdrawal | 10/06/05 | 19472 | - | (2,050.00) | (420,740.99) |
| 11/01/05 | Withdrawal | 11/04/05 | 19782 | - | (2,050.00) | (422,790.99) |
| 12/01/05 | Withdrawal | 12/06/05 | 20031 | - | (2,050.00) | (424,840.99) |
| 01/05/06 | Withdrawal | 01/09/06 | 20239 | - | (2,050.00) | (426,890.99) |
| 02/01/06 | Withdrawal | 02/07/06 | 20607 | - | (2,050.00) | (428,940.99) |
| 03/01/06 | Withdrawal | 03/03/06 | 20882 | - | (2,050.00) | (430,990.99) |
| 04/03/06 | Withdrawal | 04/06/06 | 21202 | - | (2,050.00) | (433,040.99) |
| 05/01/06 | Withdrawal | 05/04/06 | 21413 | - | (2,050.00) | (435,090.99) |
| 06/01/06 | Withdrawal | 06/05/06 | 21629 | - | (2,050.00) | (437,140.99) |
| 07/03/06 | Withdrawal | 07/03/06 | 21843 | - | (2,050.00) | (439,190.99) |
| 08/11/06 | Withdrawal | 08/14/06 | 1070 | - | (2,050.00) | (441,240.99) |
| 09/01/06 | Withdrawal | 09/07/06 | 1281 | - | (2,050.00) | (443,290.99) |
| 10/02/06 | Withdrawal | 10/04/06 | 22162 | - | (2,050.00) | (445,340.99) |
| | | | | **$ 284,180.00** | **$ (729,520.99)** | **$ (445,340.99)** |

| Recoverable Profits Paid Within the 4 Year Period/Unjust Enrichment Payments | | | | Payment | Amount of Recovery |
|---|---|---|---|---|---|
| 10/02/06 | Withdrawal | 10/04/06 | 22162 | 2,050.00 | 2,050.00 |
| 09/01/06 | Withdrawal | 09/07/06 | 1281 | 2,050.00 | 2,050.00 |
| 08/11/06 | Withdrawal | 08/14/06 | 1070 | 2,050.00 | 2,050.00 |
| 07/03/06 | Withdrawal | 07/03/06 | 21843 | 2,050.00 | 2,050.00 |
| 06/01/06 | Withdrawal | 06/05/06 | 21629 | 2,050.00 | 2,050.00 |
| 05/01/06 | Withdrawal | 05/04/06 | 21413 | 2,050.00 | 2,050.00 |
| 04/03/06 | Withdrawal | 04/06/06 | 21202 | 2,050.00 | 2,050.00 |
| 03/01/06 | Withdrawal | 03/03/06 | 20882 | 2,050.00 | 2,050.00 |
| 02/01/06 | Withdrawal | 02/07/06 | 20607 | 2,050.00 | 2,050.00 |
| 01/05/06 | Withdrawal | 01/09/06 | 20239 | 2,050.00 | 2,050.00 |
| 12/01/05 | Withdrawal | 12/06/05 | 20031 | 2,050.00 | 2,050.00 |

## Louis J. Pearlman

### Case No. 6:07-bk-00761-ABB
### United States Bankruptcy Court
### Middle District of Florida
### Orlando Division

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|
| 11/01/05 | Withdrawal | 11/04/05 | 19782 | | 2,050.00 | 2,050.00 |
| 10/04/05 | Withdrawal | 10/06/05 | 19472 | | 2,050.00 | 2,050.00 |
| 09/01/05 | Withdrawal | 09/06/05 | 19235 | | 2,050.00 | 2,050.00 |
| 08/01/05 | Withdrawal | 08/04/05 | 18982 | | 2,050.00 | 2,050.00 |
| 07/01/05 | Withdrawal | 07/06/05 | 18626 | | 2,050.00 | 2,050.00 |
| 06/01/05 | Withdrawal | 06/06/05 | 18375 | | 2,050.00 | 2,050.00 |
| 05/02/05 | Withdrawal | 05/05/05 | 18096 | | 2,050.00 | 2,050.00 |
| 04/01/05 | Withdrawal | 04/06/05 | 17783 | | 2,050.00 | 2,050.00 |
| 03/01/05 | Withdrawal | 03/04/05 | 17542 | | 2,050.00 | 2,050.00 |
| 02/03/05 | Withdrawal | 02/07/05 | 17297 | | 2,050.00 | 2,050.00 |
| 01/04/05 | Withdrawal | 01/10/05 | 16990 | | 2,050.00 | 2,050.00 |
| 12/01/04 | Withdrawal | 12/03/04 | 16765 | | 2,050.00 | 2,050.00 |
| 11/01/04 | Withdrawal | 11/05/04 | 16542 | | 2,050.00 | 2,050.00 |
| 10/01/04 | Withdrawal | 10/07/04 | 16226 | | 2,050.00 | 2,050.00 |
| 09/01/04 | Withdrawal | 09/07/04 | 16048 | | 2,050.00 | 2,050.00 |
| 08/03/04 | Withdrawal | 08/06/04 | 15893 | | 2,050.00 | 2,050.00 |
| 07/01/04 | Withdrawal | 07/08/04 | 15623 | | 2,050.00 | 2,050.00 |
| 06/01/04 | Withdrawal | 06/03/04 | 15455 | | 2,050.00 | 2,050.00 |
| 05/03/04 | Withdrawal | 05/07/04 | 15318 | | 2,050.00 | 2,050.00 |
| 04/01/04 | Withdrawal | 04/06/04 | 15082 | | 2,050.00 | 2,050.00 |
| 03/01/04 | Withdrawal | 03/03/04 | 13972 | | 2,050.00 | 2,050.00 |
| 02/02/04 | Withdrawal | 02/06/04 | 13843 | | 2,050.00 | 2,050.00 |
| 01/02/04 | Withdrawal | 01/07/04 | 13615 | | 2,050.00 | 2,050.00 |
| 12/01/03 | Withdrawal | 12/03/03 | 13478 | | 2,050.00 | 2,050.00 |
| 11/03/03 | Withdrawal | 11/05/03 | 13326 | | 2,050.00 | 2,050.00 |
| 10/01/03 | Withdrawal | 10/10/03 | 13151 | | 900.00 | 900.00 |
| 09/03/03 | Withdrawal | 09/09/03 | 13012 | | 1,150.00 | 1,150.00 |
| 08/01/03 | Withdrawal | 08/05/03 | 12901 | | 1,150.00 | 1,150.00 |
| 07/01/03 | Withdrawal | 07/08/03 | 12717 | | 1,150.00 | 1,150.00 |
| 06/02/03 | Withdrawal | 06/06/03 | 12632 | | 1,150.00 | 1,150.00 |
| 05/01/03 | Withdrawal | 05/05/03 | 12573 | | 1,150.00 | 1,150.00 |
| 04/02/03 | Withdrawal | 04/04/03 | 12362 | | 1,150.00 | 1,150.00 |
| | | | | | $ 81,600.00 | $ 81,600.00 |

| Recoverable Profits Paid Within the 2 Year Period | | | | | Payment | Amount of Recovery |
|---|---|---|---|---|---|---|
| 10/02/06 | Withdrawal | 10/04/06 | 22162 | | 2,050.00 | 2,050.00 |
| 09/01/06 | Withdrawal | 09/07/06 | 1281 | | 2,050.00 | 2,050.00 |
| 08/11/06 | Withdrawal | 08/14/06 | 1070 | | 2,050.00 | 2,050.00 |
| 07/03/06 | Withdrawal | 07/03/06 | 21843 | | 2,050.00 | 2,050.00 |
| 06/01/06 | Withdrawal | 06/05/06 | 21629 | | 2,050.00 | 2,050.00 |
| 05/01/06 | Withdrawal | 05/04/06 | 21413 | | 2,050.00 | 2,050.00 |
| 04/03/06 | Withdrawal | 04/06/06 | 21202 | | 2,050.00 | 2,050.00 |
| 03/01/06 | Withdrawal | 03/03/06 | 20882 | | 2,050.00 | 2,050.00 |
| 02/01/06 | Withdrawal | 02/07/06 | 20607 | | 2,050.00 | 2,050.00 |
| 01/05/06 | Withdrawal | 01/09/06 | 20239 | | 2,050.00 | 2,050.00 |
| 12/01/05 | Withdrawal | 12/06/05 | 20031 | | 2,050.00 | 2,050.00 |
| 11/01/05 | Withdrawal | 11/04/05 | 19782 | | 2,050.00 | 2,050.00 |
| 10/04/05 | Withdrawal | 10/06/05 | 19472 | | 2,050.00 | 2,050.00 |
| 09/01/05 | Withdrawal | 09/06/05 | 19235 | | 2,050.00 | 2,050.00 |
| 08/01/05 | Withdrawal | 08/04/05 | 18982 | | 2,050.00 | 2,050.00 |
| 07/01/05 | Withdrawal | 07/06/05 | 18626 | | 2,050.00 | 2,050.00 |
| 06/01/05 | Withdrawal | 06/06/05 | 18375 | | 2,050.00 | 2,050.00 |
| 05/02/05 | Withdrawal | 05/05/05 | 18096 | | 2,050.00 | 2,050.00 |
| 04/01/05 | Withdrawal | 04/06/05 | 17783 | | 2,050.00 | 2,050.00 |
| | | | | | $ 38,950.00 | $ 38,950.00 |

**Exhibit A**

### Louis J. Pearlman

**Case No. 6:07-bk-00761-ABB**
**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

### Stock Investor - Julia Vazquez

| Transaction Date | Transaction Type | Check Date | Check # | Deposits | Withdrawals | Withdrawals over Deposits |
|---|---|---|---|---|---|---|